William WADER, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 74613.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 16, 1999.

Paul A. Yarns, Asst. Sp. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

William Wader, Movant, filed this appeal challenging the circuit court's judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our deci-

